MURRAY, Respondent, *v.* BIERHARDT *et al.*, Appellants.

*(Supreme Court, General Term, Fourth Department. December 6, 1890.)*

No opinion. Judgment of the county court of Onondaga county affirmed, with costs.

---

PEOPLE *ex rel.* SHERMAN *v.* SEATON.

*(Supreme Court, General Term, Fourth Department. December 6, 1890.)*

No opinion. Judgment ordered for the plaintiff against defendant. Held, that there was no vacancy in the office of excise commissioner when the defendant claims his appointment was made.

---

GARDENIER, Appellant, *v.* TAYLOR *et al.*, Respondents.

*(Supreme Court, General Term, Fourth Department. December 6, 1890.)*

No opinion. Interlocutory judgment affirmed, with costs.

---

PEOPLE *ex rel.* MOULTON, Appellant, *v.* MOULTON, Respondent.

*(Supreme Court, General Term, Fourth Department. December 6, 1890.)*

No opinion. Order modified by striking therefrom that portion thereof allowing costs and disbursements against the relator, and a provision inserted in said order to the effect that neither party shall have costs against the other, and as thus modified the order is affirmed, without costs of this appeal to either party.

---

BRIGGS, Appellant, *v.* WILLIAMS *et al.*, Respondents.

*(Supreme Court, General Term, Fourth Department. December 6, 1890.)*

No opinion. Judgment reversed, without costs to either party, and a new trial ordered, with leave to bring in as parties the persons interested in the fund. Judgment to be settled before Justice MARTIN on five days' notice. Held (1) that the judgment appealed from does not bind all parties interested in the fund; (2) that an adjudication as to the amount needed for the support of the plaintiff cannot be made until all the parties interested in said fund are brought before the court.

---

*In re* BRONSON'S ESTATE.

BRONSON, Appellant, *v.* BRONSON *et al.*, Respondents.

*(Supreme Court, General Term, Fourth Department. December 6, 1890.)*

No opinion. Decree of the surrogate of Oswego county reversed, with costs of the appellant payable out of the fund.

---

VENABLE *et al.*, Appellants, *v.* HOLLON, Respondent.

*(Supreme Court, General Term, Fourth Department. December 6, 1890.)*

No opinion. Judgment of the county court of Onondaga county affirmed, with costs.

---

ROBERT GRAVES Co., Respondent, *v.* AYRES, Appellant.

*(Supreme Court, General Term, Fourth Department. December 6, 1890.)*

No opinion. Order reversed, with $10 costs and disbursements, and motion granted.